STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. GEORGE S. UNGER ET AL., PLAINTIFFS IN ERROR.

Submitted October 28, 1927—Decided February 6, 1928.

For the defendant in error, *J. Vincent Barnitt.*

For the plaintiffs in error, *Stein & Stein.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—PARKER, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.